FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-908

_____

GARY ALEXANDER,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


October 23, 2019


PER CURIAM.

    The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROWE, BILBREY, and M.K. THOMAS, JJ., concur.

_____

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gary Alexander, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.